IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ELONDA BROWN | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:05-CV-164 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |

**ORDER**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration (Doc. No. 21). Defendant has filed objections (Doc. No. 22) to the Report and Recommendations; however, Defendant does not object substantively to the Report. Rather, Defendant requests that this Court remand the case pursuant to sentence four, rather than sentence six, of 42 U.S.C. § 405(g). The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, but agrees that remand is appropriate pursuant to sentence four. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court but remands the case pursuant to sentence four, rather than sentence six, of 42 U.S.C. § 405(g).

Accordingly, it is **ORDERED** that the above-entitled Social Security action is **REMANDED** and **DISMISSED**.

So **ORDERED and SIGNED this 19th day of March, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**